# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN R. STURGES, | Case No. CV 07-3196-JTL |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: April 14, 2008

                                               /s/
                              JENNIFER T. LUM
                              UNITED STATES MAGISTRATE JUDGE